[No. 45652-1-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE BONECLUB, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 6, 2001. Substitute opinion filed. See 107 Wn. App. 1038.

[No. 45733-1-I.   Division One.   April 23, 2001.]

*In the Matter of the Marriage of* CAM T. NGUYEN, *Appellant*, and THU H. NGUYEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-02613-1, Jim Bates, J., entered October 21, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45754-3-I.   Division One.   April 23, 2001.]

*In the Matter of the Marriage of* RITA SALAZAR-KING, *Respondent*, and PAUL HOWARD KING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-3-03297-0, Gerald L. Knight, J., entered November 12, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45772-1-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. QUANAH T. VAETH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06860-9, Richard M. Ishikawa, J., entered December 13, 1999. *Affirmed* by unpublished per curiam opinion.